Robert Salgado (SBN 297391)
DAVIS & NORRIS, LLP
5755 Oberlin Dr. Suite 301
San Diego, CA 92121
Phone: 858-333-4103
Fax Number:  205-930-9989
Email:  rsalgado@davisnorris.com

Dargan Ware (SBN 329215)
John E. Norris (pro hac vice anticipated)
Andrew Wheeler-Berliner (SBN 290495)
DAVIS & NORRIS, LLP
2154 Highland Avenue South
Birmingham, Alabama 35205
Telephone; 205.930.9900
dware@davisnorris.com
jnorris@davisnorris.com
andrew@davisnorris,com

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 792 Individual Consumers, | ) Case No.: _____ |
| Plaintiffs, | ) |
| vs. | ) **COMPLAINT TO COMPEL** |
| | ) **ARBITRATION AND TO ASSUME** |
| Intuit, Inc., | ) **JURISDICTION OVER CONSUMER** |
| Defendant. | ) **ARBITRATIONS** |
| | ) |

///

///

///

///

**COMPLAINT TO COMPEL ARBITRATION**

Plaintiffs (792 Individuals listed on Exhibit A) bring this complaint to compel arbitration pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1 eq seq., as well as to appoint arbitrators pursuant to FAA and the California Arbitration Act, Cal. Code Civ. Proc. § 1281.91.  Plaintiffs seek relief from defendant Intuit, Inc.'s continued efforts to avoid being held accountable for its fraudulent marketing of "free" TurboTax products with the intent to lure customers to TurboTax with promises of free tax returns and then funneling them into paid products.  In the company's words, this allowed Intuit to "monetize free."  Following other similarly-situated plaintiffs attempts to resist arbitration, which were upheld by Judge Breyer of this Court but later reversed and compelled to arbitration by the Ninth Circuit Court of Appeals, Intuit is using a unique California statute allowing Intuit to unilaterally disqualify arbitrators, without any need to show cause, without any limit as to the number of arbitrators the company may disqualify in any particular case.  It is using this statute (CCP Section 1281.91) to further its efforts to delay and derail these arbitrations and, in effect, avoid being held accountable in any forum, judicial or arbitral.  Plaintiffs ask this Court to take jurisdiction over this action seeking to compel arbitration, order that arbitrators be considered court-appointed for purpose of Section 1281.91 (only one "court appointed" arbitrator may be disqualified without cause in any arbitration), and order Intuit to participate in good faith and without further procedural abuses in the arbitrations mandated by Intuit's own terms and conditions and federal law.

**Parties and Jurisdiction**

1.      The plaintiffs are listed in Appendix A to this complaint.  Each of the plaintiffs is an adult resident of the United States, and a former or current customer of defendant Intuit, Inc.

2.      Defendant Intuit is a business corporation organized and existing under the laws of the state of Delaware, with its principal place of business in Mountain View, California.

3.      Each plaintiff has asserted claims in arbitration before the American Arbitration Association arising from defendant's fraudulent conduct in marketing its products.  In addition to state law claims arising under California law, plaintiffs each have asserted claims arising under the federal Sherman Antitrust Act of 1890, 15 U.S.C §§ 1 et seq.

4.      Because the underlying arbitration claims assert claims arising under federal law, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331.

5.      Venue and personal jurisdiction exist in this district and division because defendant Intuit is domiciled here.

**Background**

6.      In 2019, news broke that Intuit was using misleading advertising and other means to attract customers to TurboTax with promises of "free" tax returns, who are then subjected to a classic bait-and-switch scheme designed to funnel such customers to paid TurboTax products.  On March 28, 2022, the Federal Trade Commission filed a lawsuit in this Court seeking an injunction to stop Intuit's ongoing misleading advertising and other practices.

7.      Another group of plaintiffs similarly situated to these plaintiffs filed a class action in this Court in 2020.  Arena v. Intuit, Inc.., Civil Action No. 19-cv-02546-CRB (No. Dist. Cal.)  In an order dated March 12, 2020, this Court denied Intuit's motion to compel arbitration based on an arbitration provision contained in the TurboTax terms of service. 444 F. Supp. 3d 1086.  The Ninth Circuit reversed that decision on August 11, 2020, and ordered the case to proceed to arbitration. Dohrmann v. Intuit, Inc., 823 Fed. Appx. 482 (9th Cir. 2020).

8.      Putative plaintiff class counsel and Intuit then entered into an agreement to settle the case on a class basis for $40,000,000. On March 5, 2021, this Court refused to grant preliminary approval to the proposed settlement, holding, among other things, that the $40,000,000 settlement amount in a case the Court conservatively estimated was worth $1.9 billion for a single tax year was not fair, reasonable, and adequate "given Intuit's apparent deception of eligible customers and applicable consumer protection law."  2021 WL 834253, slip op. at *8.

9.      Meanwhile, beginning in 2019, a large number of plaintiffs filed individual arbitration claims before the AAA.  These plaintiffs were represented by a law firm called Keller Lenkner (Keller).  Intuit took the position in those arbitrations that the cases should be sent to small claims court pursuant to Rule 9 of the AAA's Consumer Arbitration Rules.  The AAA responded by deciding that the issue of whether each individual case should proceed to arbitration, as the plaintiffs wished, or directed to small claims court, as Intuit desired, should be decided in each

individual case by the AAA appointed arbitrator.  The AAA requires that the company in a consumer dispute must pay over $3,000 in fees in order for the AAA to appoint an arbitrator.

10.     In an effort to avoid this result, Intuit filed a lawsuit in California state court against a large group of plaintiffs represented by Keller, seeking an injunction requiring the AAA to send all of the cases to small claims court (where Intuit wouldn't have to pay $3,000 in fees).  Intuit v. 9,933 Individuals, in the Superior Court of Los Angeles County, Civil Action No. 20STCV22761. Shortly thereafter, a large group of Keller clients brought a competing lawsuit in this Court seeking to compel Intuit to arbitration rather than small claims court.  Jolly v. Intuit, Inc., Civil Action No. 20-cv-04728-CRB (No. Dist. Cal.).  Holding that the federal claims asserted by the Keller plaintiffs in arbitration sufficed to give the Court jurisdiction, the Court nevertheless deferred to the pending state court case pursuant to Colorado River abstention.  485 F. Supp. 3d 1191 (No. Dist. Cal. 2020) (citing Colorado River Water Conservation District v. United States, 424 U.S. 800 (1976)).

11.     The state trial court in Intuit v. 9,933 Individuals thereafter denied Intuit's requested injunction to send the Keller cases to small claims court rather than arbitration.  The California Court of Appeal, 2d District, affirmed.  2021 WL 3204816 (Cal. 2d Dist. Ct. App. 2021).

12.     The undersigned is informed and believes that Intuit and Keller have entered into an agreement to settle all of Keller's clients' claims against Intuit.

**Facts Concerning the Plaintiffs in This Case**

13.     On October 23, 2020, Davis & Norris LLP began filing similar arbitration cases against Intuit.  Between that date and July 14, 2021, D&N has filed cases on behalf of 1018 clients. Almost immediately, it became clear that Intuit had no intention of defending these arbitrations with anything approaching good faith.  (Exhibit B, Barnett Dec. ¶ 8).

14.     Having been rejected by the courts in its efforts to send cases against the company to small claims court, or to get rid of the cases through a plainly inadequate class settlement, Intuit found another weapon to stop mass arbitrations against it virtually in their tracks.  That weapon is a provision in the California Code of Civil Procedure that allows parties to California arbitrations to disqualify any arbitrator, with or without cause, and without any limit on the number of arbitrators a party may disqualify in any given case.  Cal. Code. Civ. Proc. § 1281.91.

15.      Of the 1018 cases filed, Intuit has used Section 1281.91 to disqualify 805 arbitrators who were appointed to an arbitration.  (Barnett Dec. ¶ 7). That is 77% of all arbitrator appointments. Only 82 have had preliminary conferences (the very first conference with the Arbitrator) to date. All other matters are awaiting arbitrator appointment, confirmation of an arbitrator, and preliminary conference settings.  (Barnett Dec. ¶ 9).

16.      In recent arbitrator appointments for arbitration cases including some of Plaintiffs' arbitration cases, Intuit has disqualified:

On March 3 and 9, 2022, 78% of the 467 arbitrators appointed;

On March 25, 2022, 89% of the 115 arbitrators appointed;

On April 1, 2022, 57% of the 28 arbitrators appointed; and

On April 15, 2022, 97% of the 167 arbitrators appointed.  (Barnett Dec. ¶ 10).

17.      In some instances, Intuit is striking a particular arbitrator in some, but not all, of the arbitrations AAA assigned that arbitrator to. For instance, one particular arbitrator who was appointed in the preceding paragraph was disqualified by Intuit in 11 out of 12 cases he was appointed to. Intuit has disqualified 20 arbitrators in this fashion, striking them from 177 arbitrations out of 223 that those same arbitrators were appointed to.  (Barnett Dec. ¶ 11).

18.      Arbitrator disqualifications cause delay in arbitrations. To illustrate the point, in one matter a claimant's arbitration took six months longer to reach the preliminary conference stage due to arbitrator disqualifications. In the matter of C. Thomas, Intuit disqualified eight different arbitrators. Her case was filed in January of 2021, but did not reach the preliminary conference stage until April of 2022. The matter of R. Breeden, on the other hand, was filed in January of 2021 and reached the preliminary conference stage in September of 2021. Neither C. Thomas nor R. Breeden are plaintiffs in this matter, but are discussed as examples.  (Barnett Dec. ¶ 12).

19.      AAA takes the position that under California Code of Civil Procedure Section 1281.91 any party can disqualify an unlimited number of arbitrators in any single case without cause.  (Barnett Dec. ¶ 13).

20.      All Plaintiffs in this case have filed arbitrations in 2021 and are awaiting the

preliminary conference stage.  (Barnett Dec. ¶ 14).

21.     The American Arbitration Association has repeatedly expressed its concern that this high rate of disqualification will dramatically reduce the available not objected to Arbitrators to handle these consumer cases.  (Barnett Dec. ¶ 15).

22.     After the most recent disqualifications by Intuit of 97% of arbitrators appointed, AAA stated that, "If the parties continue to object at this high of a rate, the number of available and not objected to AAA arbitrators for appointment to these California cases will continue to be reduced dramatically."  (Barnett Dec. ¶ 16).

**Causes of Action**

**I.**

**Federal Arbitration Act**

23.     The averments of paragraphs 1-22 are incorporated herein by reference.

24.     Section 4 of the Federal Arbitration Act, 9 U.S.C. § 4, provides "Any party aggrieved by the alleged failure, neglect, or refusal of another to arbitrate under a written agreement for arbitration may petition any United States district court" for an order compelling arbitration.

25.     While Intuit has been careful not to state explicitly that it is refusing to arbitrate the plaintiffs' arbitration cases, the effect of its actions rises to the level of a "failure, neglect, or refusal" to participate in the arbitrations in good faith.  Its outrageous pattern of disqualifying arbitrators at such high percentage rates means that the proceedings are being intentionally prolonged by Intuit. The numbers speak for themselves.  Intuit recently disqualified ***97 percent*** of a batch of assigned arbitrators in these cases.  Out of over 1,000 cases filed over the last year and a half, less than 10% have made it along far enough to even have an initial conference.  One claimant had nearly a dozen arbitrators struck, one after another.  None of these disqualifications were for cause.  In fact, some arbitrators have been disqualified in some cases but not in others, demonstrating that, far from having a genuine objection to a particular arbitrator, Intuit is simply using the California Code of Civil Procedure to game the system, delay all the cases, and thereby delay its contractual obligation to arbitration, an obligation that Intuit forced plaintiffs to agree to in order to use its products.

26.     Arbitrations are creatures of contract.  Every contract includes an implied duty of good faith and fair dealing.  Intuit's conduct is the exact opposite of good faith and fair dealing.

27.     Section 5 of the FAA further authorizes the Court to appoint arbitrators in circumstances like this.  The statute provides:

> If in the agreement provision be made for a method of naming or appointing an arbitrator or arbitrators or an umpire, such method shall be followed; but if no method be provided therein, or if a method be provided and any party thereto shall fail to avail himself of such method, or *if for any other reason there shall be a lapse in the naming of an arbitrator or arbitrators or umpire*, or in filling a vacancy, then upon the application of either party to the controversy the court shall designate and appoint an arbitrator or arbitrators or umpire, as the case may require, who shall act under the said agreement with the same force and effect as if he or they had been specifically named therein; and unless otherwise provided in the agreement the arbitration shall be by a single arbitrator.

9 U.S.C. § 5 (emphasis supplied).  Thus, since there is another "reason there shall be a lapse in the naming of an arbitrator," namely, Intuit's excessive and baseless disqualifications, the Court is therefore well within its power to appoint an arbitrator to each of these cases, or alternatively, to order the AAA to appoint arbitrators that would be deemed appointed by the Court for purposes of the California rule concerning the disqualification of arbitrators.

## II.

## California Code of Civil Procedure

28.     The averments of paragraphs 1-27 are incorporated herein by reference.

29.     While the California Code of Civil Procedure Section 1281.91 allows non-court-appointed to be serially disqualified without cause, Section 1281.91(a)(2) says something quite different about court-appointed arbitrators: "A party shall have the right to disqualify one court-appointed arbitrator without cause in any single arbitration, and may petition the court to disqualify a subsequent appointee only upon a showing of cause."  Cal. Code Civ. Proc. § 1281.91(a)(2).

30.     Given Intuit's abuse of the statute, the Court may rectify the situation by appointing

1   arbitrators or ordering that AAA-appointed arbitrators are in effect court-appointed.

2        31.    Alternatively, if the Court rules that Section 1281.91 mandates the result Intuit seeks

3   here, which is to delay cases until some plaintiffs just give up, the Court should hold that in that event,

4   Section 1281.91 is preempted by the strong federal policy favoring arbitration as embodied in the

5   FAA.

6   **Prayer For Relief**

7       Plaintiffs pray that after five days' notice to the Defendant, the Court will:

8       A.    Take jurisdiction over this dispute;

9       B.    Order Intuit to participate in good faith in these arbitrations;

10      C.    Order the appointment of arbitrators in each of plaintiffs' cases, either directly by the

11  Court or through the auspices of the American Arbitration Association;

12      D.    Order that Intuit may not disqualify more than one court-appointed arbitrator in each

13  plaintiff's arbitration case without a showing to the Court of good cause for such disqualification; and

14      E.    Such further or different relief as the Court may deem appropriate.

15

16          /s/_____Robert Salgado__

17          Robert Salgado, Attorney for Plaintiffs

18

19

20

21

22

23

24

25

26

27

28

# APPENDIX A

| Client Name | Claimant City | Claimant State |
|---|---|---|
| Aaron Brown | Washington | District of Columbia |
| Abel Barajas | Banning | California |
| Abel Frausto | Saco | Maine |
| Adam Sampson | Drakesville | Iowa |
| Adolfo Perez | Las Vegas | Nevada |
| Adrianne Walker | Oklahoma City | Oklahoma |
| Aively Palmieri | Providence | Rhode Island |
| Akilah Wills | Kansas City | Missouri |
| Albert Blackwell | Jackson | Missouri |
| Albreona Ellis | Newton | Georgia |
| Alexandria Emanual | Long Beach | California |
| Alexis Brutschea | Bensalem | Pennsylvania |
| Alexis Bryant | Tampa | Florida |
| Alexis Ervin | Deland | Florida |
| Alfredo Gonzalez | Palm Bay | Florida |
| Alicia Morelli | Lecanto | Florida |
| Alicia Pierce | Anderson | Indiana |
| Alicia Ross | Windsor | New York |
| Allan Darling | Ontario | New York |
| Allison Tyler | Urich | Missouri |
| Allyssa O'Connor | Ogallala | Nebraska |
| Alondria Agnew | Greensboro | Alabama |
| Alyisha Smith | Davenport | Iowa |
| Alyshia Rael | Albuquerque | New Mexico |
| Alyson Ehly | Bensalem | Pennsylvania |
| Amanda Anderson | Manitowoc | Wisconsin |
| Amanda Bruce | Troy | Missouri |
| Amanda Bryant | Jasper | Georgia |
| Amanda Chilton | Whitsett | North Carolina |
| Amanda Cruz | Orlando | Florida |
| Amanda Fink | Fort Dodge | Iowa |
| Amanda Hobbs | Desoto | Illinois |
| Amanda Pereira | Port Chester | New York |
| Amanda Santana | Adrian | Michigan |
| Amanda Spitznagel | Cranston | Rhode Island |
| Amanda Whitt | Auburn | Indiana |
| Amber Balluh | Cuyahoga Falls | Ohio |
| Amber Bragg | Centerville | Tennessee |
| Amber Culberson | Gulfport | Mississippi |
| Amber Emery | Salem | Oregon |
| Amber Forman | Fremont | Ohio |
| Amber Laro | Fort Wayne | Indiana |
| Amber Mich | Chicago | Illinois |

| | | |
|---|---|---|
| Amber Smith | Philadelphia | Pennsylvania |
| Amber Terrell | Winfield | Alabama |
| Amber Wadden | East Brookfield | Massachusetts |
| Amy Fleming | Dundalk | Maryland |
| Amy Livingston | Orlando | Florida |
| Ana Negroni | Springfield | Massachusetts |
| Andrea Arlt | Manton | Michigan |
| Andrew Martinez | Huntington | Indiana |
| Andria Cogar | Sandusky | Ohio |
| Angel Wilson | Fayetteville | Tennessee |
| Angela Harris | Bossier | Louisiana |
| Angela Root | Onalaska | Wisconsin |
| Angela Ward | Lisman | Alabama |
| Angelia Bennett | Temple | Texas |
| Angelique Rodriquez | Hayward | California |
| Angie Dodds | Myrtle Beach | South Carolina |
| Anna Winkler | Redmond | Oregon |
| Anthony Abdul-Lateef | New Haven | Connecticut |
| Anthony Lopez | Newark | California |
| Antoinette Henderson | Rosendale | Maryland |
| Antonio Stewart | Brooksville | Mississippi |
| Aphifany Robinson | Bronx | New York |
| April Hudock | Nicholson | Pennsylvania |
| Aquila Morris | Wetumpka | Alabama |
| Aramis Woodall | Baton Rouge | Louisiana |
| Ariel Washington | Mansfield | Louisiana |
| Armando Barron Cortes | Elgin | Illinois |
| Asha Campbell | Arcadia | Florida |
| Ashlee Childs | Charleroi | Pennsylvania |
| Ashley Atkins | Cleveland | Ohio |
| Ashley Iverson | Vancouver | Washington |
| Ashley Kane | Jasper | Alabama |
| Ashley Morrison | Harrodsburg | Kentucky |
| Ashley Sayers | Tallassee | Alabama |
| Ashley Shute | Mt Morris | New York |
| Ashley Steele | Westland | Michigan |
| Ashly Lesher | Phillipsburg | New Jersey |
| Athena Smiros | Alvin | Texas |
| Aubree Cloninger | Bethalto | Illinois |
| Aundenicia Gamble | Covington | Georgia |
| Aurea E. Powell | Saint Cloud | Florida |
| Ayreal Canada | Upper Marlboro | Maryland |
| Ayshia Phillips | Yeadon | Pennsylvania |
| Azaniyah Shephard | Phoenix | Arizona |

| | | |
|---|---|---|
| Bailey Sutliff | Elizabethtown | Kentucky |
| Benjamin Burnham | Eastman | Georgia |
| Bethany Smith | Cottage Grove | Oregon |
| Betsy Bushre | Peru | Illinois |
| Betty Munoz | Etters | Pennsylvania |
| Bobbie Farris | Sebring | Florida |
| Brandi Easler | Travelers Rest | South Carolina |
| Brandi Zebert | Brandon | Mississippi |
| Brandie Giatroudak | Wichita | Kansas |
| Brandie Nielson | Midland | North Carolina |
| Brandie Stifel | Des Moines | Iowa |
| Brandon Brown | Middletown | Delaware |
| Brandon Fulton | Riviera Beach | Florida |
| Brandon Mendoza | Denver | Colorado |
| Brandy Graham | Stratford | Oklahoma |
| Breanna Shanks | Jerseyville | Illinois |
| Breanna Wilhelm | Dayton | Ohio |
| Brenda Prestridge | Kingsland | Georgia |
| Brenda Thomas | Villa Rica | Georgia |
| Brian Tiernan | Rensselaer | New York |
| Brianna Berge | San Bernardino | California |
| Brianna Ricks | Columbus | Georgia |
| Bridget Nolan | Gruetli-Laager | Tennessee |
| Brittany Beavers | Gulport | Mississippi |
| Brittany Davis | Taneytown | Maryland |
| Brittany Mullins | Gilmore | Arkansas |
| Brook Odekirk | Lompoc | California |
| Brooke Nix | Monroe | Georgia |
| Brucilla Buford | Arkadelphia | Arkansas |
| Bryan Klotz | Rochester | New York |
| Caitlin Kelly | Jensen Beach | Florida |
| Camay Mccray | Augusta | Georgia |
| Cameron Lopez | Ontario | California |
| Candice Johnson | Rincon | Georgia |
| Cara Mcdowell | Detroit | Michigan |
| Carissa D'Angelo | Lodi | California |
| Carissa Jarvis | Sterling | Illinois |
| Carla Pena | Oakland | California |
| Carla Raeder | Elkhart | Indiana |
| Carlos Heredia | El Paso | Texas |
| Carlos Smith | Ocala | Florida |
| Carmen Thompson | Mound Bayou | Mississippi |
| Carol Nicolai | Milwaukee | Wisconsin |
| Carquita Hall | Minneapolis | Minnesota |

| | | |
|---|---|---|
| Casey Moore | East Liverpool | Ohio |
| Cassandra Goforth | Brookland | Arkansas |
| Catherine Rice | Sussex | Wisconsin |
| Catherine Williams | Mount Pleasant | Michigan |
| Cathryn Porterfield | Antioch | California |
| Cathy Stratton Kennon | Danville | Virginia |
| Cecelia Schneider | Lansing | Michigan |
| Cedric Morris | Las Vegas | Nevada |
| Cesar Gonzalez | El Paso | Texas |
| Chalayne Bonvillain | Bourg | Louisiana |
| Chandra Lewis | Shreveport | Louisiana |
| Chandri Johnson | Detroit | Michigan |
| Chanel Cates | Victoria | Texas |
| Charisma Gipson | Arlington | Texas |
| Charlene Ellis | Gretna | Louisiana |
| Charlene Jacobson | Chicago | Illinois |
| Chartavia Jefferies | Homestead | Florida |
| Chastity Allen | Lawrenceville | Georgia |
| Chastity Sweat | Dacula | Georgia |
| Chataigner Leblanc | New Iberia | Louisiana |
| Chelsea Mckinney | Greenwood | Indiana |
| Chelsey Sandford | Spring Lake Park | Minnesota |
| Cheryl Kelly | Lockport | New York |
| Cheryl Swasey | Huber Heights | Ohio |
| Chethka Pouncy | Ruston | Louisiana |
| China Lundberg | Amarillo | Texas |
| Christi Silar | Fairfield | Texas |
| Christina Ash | Central Point | Oregon |
| Christina Blanding | Columbia | South Carolina |
| Christina Bonner | Saginaw | Michigan |
| Christina Colby | Wheeler | Texas |
| Christina Hedgpeth | San Tan Valley | Arizona |
| Christopher Alvarez | D'Hanis | Texas |
| Christopher John Alandt | Grand Rapids | Michigan |
| Christopher Lawrence | Crestwell | Oregon |
| Christopher Rodriguez | Norcross | Georgia |
| Christopher Stephen Davis | Heber Springs | Arkansas |
| Christopher William Duncan | North Liberty | Indiana |
| Christy Givens | Summerville | South Carolina |
| Christy Johnson | Belden | Mississippi |
| Chynna Blake | Lehigh Acres | Florida |
| Ciara Johnson | Frankford | Delaware |
| Ciera Johnson | St. Louis | Missouri |
| Cindy Skinkis | Milwaukee | Wisconsin |

| | | |
|---|---|---|
| Clark Kent Danner | Marysvillle | Michigan |
| Classie Long | Monroe | Louisiana |
| Cody Searls | Portland | Oregon |
| Cody Thompson | Seminole | Florida |
| Colleen Reilly | Pittsfield | Massachusetts |
| Commanika Finch | Jackson | Mississippi |
| Coralis Colon | Indian Orchard | Massachusetts |
| Corey Harley | Mount Vernon | New York |
| Courtney Cortez | Hesperia | California |
| Courtney Gibson | Columbia | South Carolina |
| Crissy Stone | Fitzgerald | Georgia |
| Crystal Boeshart | Monroe | North Carolina |
| Crystal Bridgham | Craryville | New York |
| Crystal Jackson | Aurora | Illinois |
| Crystal Mcgee | Jackson | Mississippi |
| Crystal Richardson | Junction City | Kansas |
| Crystal Sickler | Bakersfield | California |
| Cynthia Hurst | Tuscaloosa | Alabama |
| Cynthia Walker | Olive Branch | Mississippi |
| Damon Cotton | Salisbury | North Carolina |
| Dana Dowdy | Louisville | Kentucky |
| Dana Spiesz | Pekin | Illinois |
| Daniel Castaneda | Ventura | California |
| Daniel Daugherty | Sharon | Pennsylvania |
| Daniel Morgan | Grand Junction | Colorado |
| Daniel Villeda | Silver Spring | Maryland |
| Danielle Augustine | Forest City | North Carolina |
| Danielle M. Jewett | Manistee | Michigan |
| Danielle Moore | Biloxi | Mississippi |
| Danielle Richardson | Alexandria | Louisiana |
| Danielle Ross | West Park | Florida |
| Danielle Sorrentino | East Stroudsburg | Pennsylvania |
| Danielle Woods | Macon | Georgia |
| Darlene Cordova | El Paso | Texas |
| Darlina Coburn | Frankfort | Kentucky |
| Darren Shackelford | Jackson | Michigan |
| Daryl Gittings | Mount Carmel | Illinois |
| David Allgood | Friedens | Pennsylvania |
| David Cid | Weslaco | Texas |
| David Frausto | Tuila | Texas |
| David Mahlum | Las Vegas | Nevada |
| David Mcdougall | Los Angeles | California |
| David Ridgeway Jr. | Castleton On Hudson | New York |
| David Segovia | San Antonio | Texas |

| Dean Choi | Los Angeles | California |
| Debra Santana | Fort Walton Beach | Florida |
| Deirdre Watson | Baltimore | Maryland |
| Delisa Wideman | Detroit | Michigan |
| Delores Wright | Slidel | Louisiana |
| Delphine White | Atlanta | Georgia |
| Demetrius Calvin | Tallulah | Louisiana |
| Denise Robbins | Paragould | Arkansas |
| Denzil Harper | Nemacolin | Pennsylvania |
| Desare Sapp | Halifax | Massachusetts |
| Desiree Pilkington | Summerville | South Carolina |
| Destiny Baltazar | Greenbelt | Maryland |
| Destiny Bizor | Tyler | Texas |
| Destiny Thompson | Milwaukee | Wisconsin |
| Devon Berry | Hilmar | California |
| Diana Hastey | Alamosa | Colorado |
| Dina Tubbs | Gulfport | Mississippi |
| Diossanta Reyes | Reading | Pennsylvania |
| Diva Coleman | Braxton | Alabama |
| Dominique Long | Palatka | Florida |
| Dominique Randallhicks | Akron | Ohio |
| Dominique Soares | Chico | California |
| Donna Alnutt | Fabius | New York |
| Donna Brown | Washington | District of Columbia |
| Donna Horan | Huntsville | Alabama |
| Ebony Grays | Las Vegas | Nevada |
| Ebony Moody | College Park | Maryland |
| Ebony Robinson | Huntsville | Alabama |
| Elaine Holland | Salisbury | Maryland |
| Elias Najm | Tampa | Florida |
| Elisca Cutrer | Ponchatoula | Louisiana |
| Elizabeth Aguilar | West Covina | California |
| Elizabeth Fitzgerald | Fort Hood | Texas |
| Elizabeth Guy | Paragon | Indiana |
| Elizabeth Hernandez | Franklin | Kentucky |
| Elizabeth M. Lawson | Gastonia | North Carolina |
| Elizabeth Mcwilliams | Galesburg | Alabama |
| Elizabeth Reiner | Augusta | South Carolina |
| Elizabeth Rivera | Meriden | Connecticut |
| Elizabeth Yates | Ozark | Arkansas |
| Ellie Munchmeyer | Lake Orion | Michigan |
| Enisha Evans | Pine Bluff | Arkansas |
| Eric Rogers | Las Vegas | Nevada |
| Erica Carter | Las Vegas | Nevada |

| | | |
|---|---|---|
| Erica Keys | Marion | Indiana |
| Ericka Aesque | Euclid | Ohio |
| Ericka Oppong-Agyare | Stone Mountain | Georgia |
| Erin Dowd | Canton | Michigan |
| Erin Kritenbrink | Des Moines | Iowa |
| Erin Little | North Charleston | South Carolina |
| Erin Radenslaben | Lincoln | Nebraska |
| Erin Sunshine Bray | Altona | New York |
| Erin Tucker | Guthrie | Oklahoma |
| Felicia Burton | Port Orange | Florida |
| Felix Huitian | New York | New York |
| Fern Mcintosh | Tulsa | Oklahoma |
| Fernando Hernandez | Anaheim | California |
| Frank Rourk | New Orleans | Louisiana |
| Frank Singleton | Patterson | Louisiana |
| Frederick Orth | Lake Station | Indiana |
| Fredrina Moore | Bensalem | Pennsylvania |
| Gavin Okada | Honolulu | Hawaii |
| Gilbert Ruelas | San Bernardino | California |
| Gladys Walters | Hudson | Florida |
| Grace Cruz | Park Forest | Illinois |
| Greg Salsman | Seattle | Washington |
| Greggry Serna | Castle Rock | Colorado |
| Gregory D Jordan | Gwynn Oak | Maryland |
| Gustavo Mejia | New York | New York |
| Haley Lee Lynn Daniels | Medford | Oregon |
| Hauda Salibi | Whitehall | Pennsylvania |
| Heather Festa | Colchester | Connecticut |
| Heather Foster | Norfolk | Virginia |
| Heather Pitts | Waycross | Georgia |
| Heather Ryan | Fair Grove | Missouri |
| Heather Swope | Oklahoma City | Oklahoma |
| Heather Thompson | Mount Bayou | Texas |
| Heather Tomasulo | Feasterville Trevose | Pennsylvania |
| Heavenly Sams | Tampa | Florida |
| Heidi Jones | Toldeo | Ohio |
| Heidi Kosinski | Elmira | New York |
| Helanique Castro | Tampa | Florida |
| Holly Lynn Marasco | East Providence | Rhode Island |
| Holly Stroud | Pensacola | Florida |
| Hubert Willis | Brownsburg | Indiana |
| Idalys Fugueroa | Orlando | Florida |
| Israel Flores | Corpus Christi | Texas |
| Ivonne Ramirez | Hazleton | Pennsylvania |

| | | |
|---|---|---|
| Jabrea Thomas | Philadelphia | Pennsylvania |
| Jacckie Almonte | Baltimore | MD |
| Jacob Johnson | Pensecola | Florida |
| Jacqueline Davis | Louisville | Kentucky |
| Jada Grim-Kirk | Minot | New Delaware |
| Jaila Jones | Birmingham | Alabama |
| Jaime Kramer | Minneapolis | Minnesota |
| Jaleesa Swain | Omega | Georgia |
| James Quiles | Landisville | New Jersey |
| Jamie Blanks | Meridian | Mississippi |
| Jamie Morton | Wichita Falls | Texas |
| Jamie Wickliff | Lafayette | Louisiana |
| Jamisha Fitzpatrick | Las Vegas | Nevada |
| Janea Carr | Bay Shore | New York |
| Janel Schmitz | Duluth | Minnesota |
| Janice Garcia | Grand Prairie | Texas |
| Jardon Harrison | Stockbridge | Georgia |
| Jared Dominguez | Katy | Texas |
| Jarine Freeman | Newport News | Virginia |
| Jarrika Burdine | Charlotte | North Carolina |
| Jasmine Cotton | Antioch | California |
| Jasmine Thompson | Lansing | Kansas |
| Jason Clair | Brunswick | Maine |
| Jason Culp | Salina | Kansas |
| Jason J Borque | Beaumont | Texas |
| Jason Negrillo | Chicago | Illinois |
| Jason Rone | Concord | North Carolina |
| Javier Castillo-Castaneda | Santa Ana | California |
| Jay Stafford | Whitney | Texas |
| Jayme Kocourek | Menno | South Dakota |
| Jayme Reed | La Moille | Illinois |
| Jean Beliveau | Williamtown | Massachusetts |
| Jenelle Cash | Greenville | Virginia |
| Jenna Hollon | Davenport | Florida |
| Jenna Horn | Las Vegas | Nevada |
| Jennie Underwood | Johnson City | Tennessee |
| Jennifer Adkins | Louisville | Kentucky |
| Jennifer Blackburn | Quincy | Florida |
| Jennifer Drewery | Cherryville | North Carolina |
| Jennifer Graves | Jacksonville | Florida |
| Jennifer Jones | Hot Springs | Arkansas |
| Jennifer Laura Lynn Boyd | Merrill | Wisconsin |
| Jennifer Liggett | Vestaburg | Pennsylvania |
| Jennifer Mcnamara | Ogdensburg | New York |

| | | |
|---|---|---|
| Jennifer Pratt | Vance | South Carolina |
| Jennifer Smith | N/A | Missouri |
| Jennifer Tone | Deming | New Mexico |
| Jenny Haugen | Portland | Oregon |
| Jenny Marshall | Belpre | Ohio |
| Jeremiah Lanford | Port Charlotte | Florida |
| Jermaine Green | Detroit | Michigan |
| Jerome Green | Detroit | Michigan |
| Jeromy Williams, Sr | Orlando | Florida |
| Jesse Santos | Avondale | Arizona |
| Jessica Beal | Leonard | Michigan |
| Jessica Duitsman | Houston | Illinois |
| Jessica Dunn | Robinsonville | Mississippi |
| Jessica Flowers | Vancouver | Washington |
| Jessica Garcia | Nyssa | Oregon |
| Jessica Gonzales | Bellflower | California |
| Jessica Gurule | Velarde | New Mexico |
| Jessica Holland | Lake Oswego | Oregon |
| Jessica Lisotto | Lehigh Acres | Florida |
| Jessica Martin | Houston | Texas |
| Jessica Mullins | Sidney | Ohio |
| Jessica Nordberg | St. Cloud | Minnesota |
| Jessica Pantoja | Fairfield | California |
| Jessica Portis | Bartonville | Illinois |
| Jessica Shifflett | Springfield | Oregon |
| Jessica Weinandt | Cedar Rapids | Iowa |
| Jessicah Montgomery | Cameron | Missouri |
| Jessika Garcia Williams | Tyler | Texas |
| Jewel Dixon | Wedgefield | South Carolina |
| Jillian Cummings | Warwick | Rhode Island |
| Jilyani Martin | Kenner | Louisiana |
| Jim Bean | Las Vegas | Nevada |
| Jina Vertucci | Oak Lawn | Illinois |
| Joanne Franklin | Columbus | Georgia |
| Jody Sanchez-Hill | Spokane | Washington |
| John Keller | Manheim | Pennsylvania |
| John Nava | Portland | Texas |
| Jolyn Cookman | Springfield | Oregon |
| Jonathan Mckinney | Carleton | Michigan |
| Jonathan Perez | Worcester | Massachusetts |
| Jordan Simpson | New Boston | Texas |
| Jorge Rivera | San Diego | California |
| Jose Sotomayor | Kissimmee | Florida |
| Jose Tamargo | Miami Gardens | Florida |

| | | |
|---|---|---|
| Joshua Geisler | Brandon | Florida |
| Juan Carlos Ruiz | Kansas City | Missouri |
| Juan Casillas | Bakersfield | California |
| Juan Martinez | Bronx | New York |
| Juanita Tovar | San Antonio | Texas |
| Juli Turner | Antelope | California |
| Julia Cormier | Worcester | Massachusetts |
| Julia Mcdermeit | Bloomington | Minnesota |
| Julie Chick | North Sutton | New Hampshire |
| July Torres | Broad Brook | Connecticut |
| Justin Hendricks | East Canton | Ohio |
| Justin Uphold | Gallatin | Tennessee |
| Kadijah Lamar | Milwaukee | Wisconsin |
| Kadjah Mathis | Valley | Alabama |
| Kaitlyn Yawn | Lynn Haven | Florida |
| Kali Dupus | Grove | Oklahoma |
| Kanisha Samuels | Conyers | Georgia |
| Kaprisha Moore | Ashtabula | Ohio |
| Kara Pagay | Lahaina | Hawaii |
| Karen Hehnen | Nashville | Tennessee |
| Karnisha Medlock | Duluth | Georgia |
| Kashonna Pressley | Toccoa | Georgia |
| Katelyn Welch | Sebastian | Florida |
| Kathleen Mccoll | Manchester | Connecticut |
| Kathy Bezenah | Milford | Michigan |
| Kathy Phouybanhdyt | Minneapolis | Minnesota |
| Katie Bird | Waukesha | Wisconsin |
| Katina Cooper | Anniston | Alabama |
| Katrina Fannin | Hudson | Florida |
| Kayla Cartner | Ashtabula | Ohio |
| Kayla Lyles | Baltimore | Maryland |
| Kaylin Rovelli | Searsport | Maine |
| Kaylon Forward | Austin | Texas |
| Keaundria Smith | Macon | Georgia |
| Keith Kuenz | Joshua | Texas |
| Kellie Myers | Anderson | Indiana |
| Kelly Brauer | Green Bay | Wisconsin |
| Kelly Cavanaugh | lake Como | New Jersey |
| Kelly Ryan | Savage | Minnesota |
| Kelly Stenhoff | Yakima | Washington |
| Kelsey Jorgensen | Beaverton | Oregon |
| Kelvin Leatherwood | Akron | Ohio |
| Kemika Bryant | Prentiss | Mississippi |
| Keniqua Holliday | Baltimore | Maryland |

| | | |
|---|---|---|
| Kennequise Jackson | Bartow | Georgia |
| Kenneth Cooper | Boaz | Alabma |
| Kenneth Everling | Binghamton | New York |
| Kenneth Vincent | Stanford | Montana |
| Kevin Jones | Cincinatti | Ohio |
| Kevin Tilley | Spring | Texas |
| Khiem Tran | Plano | Texas |
| Kiea Bomar | Sycamore | Illinois |
| Kimberly Jett | Moody | Alabama |
| Kimberly Ward | Rochester | Minnesota |
| Kiralye Gould | Reedsport | Oregon |
| Kirsten Acklin | Phoenix | Arizona |
| Kirsten Del Peschio | Putnam Valley | New York |
| Kourtnee Spain | Mesquite | Texas |
| Kristen Newton | Nashville | Tennessee |
| Kristen Petrillo | Evans Mills | New York |
| Kristen Smith | Ypsilanti | Michigan |
| Kristin Robinson | Marion | Iowa |
| Kristina Pawelkiewicz | Parma | Ohio |
| Kristina Strandmark | Marshall | Minnesota |
| Kristine Bodine | Medford | Oregon |
| Kristy Bryant | Berea | Kentucky |
| Krystal Mayers | Lakeside | California |
| Kryston Stock | Redding | California |
| Kylie Russell | Omaha | Nebraska |
| Lacey Davenport | Springfield | Missouri |
| Lachelle Davis | Tuscaloosa | Alabama |
| Lakisha Vann | Clinton | North Carolina |
| Lakresha Johnson | Chicago | Illinois |
| Lantha Anderson | Maplesville | Alabama |
| Laquay Evelyn | Columbia | South Carolina |
| Lashebaa Smith | Baton Rouge | Louisiana |
| Lasheena Delk | Clarksville | Tennessee |
| Lashonda Mcknight | Baton Rouge | Louisiana |
| Latarsha Beard | Denmark | South Carolina |
| Latarsha Cottrell | Brockton | Massachusetts |
| Latavia Jackson | Shreveport | Louisiana |
| Latese Coles | Elizabeth | New Jersey |
| Latisha Vannoy | Fairfield | Iowa |
| Latonya Hayward | Shreveport | Louisiana |
| Latonya Salter | Newton | Mississippi |
| Latoya Peele | Riviera Beach | Florida |
| Laura Beaver | Hambuurg | New York |
| Laura Bracy | Clearwater | Florida |

| | | |
|---|---|---|
| Laura Fuentes | Springfield | Massachusetts |
| Lauren Mura | Slidell | Louisiana |
| Lauren Wainwright | Arden | North Carolina |
| Lawrence Ray Whaley Iii | Charleston | South Carolina |
| Leanna Medlock | Ardmore | Tennessee |
| Lejla Allen | Elkton | Maryland |
| Linda Hall | Bastrop | Louisiana |
| Linda Mcelroy | Springfield | Missouri |
| Lindsey Vivlamore | Worcester | Massachusetts |
| Lindsey Walker | Jackson | Mississippi |
| Lisa Cousins | Port Charlotte | Florida |
| Lisa Eastwood | Troy | Pennsylvania |
| Lisa Minder | Cromwell | Kentucky |
| Lisa Zapata | Massillon | Ohio |
| Lori Brown | Manchester | New Hampshire |
| Luis Mercado | Joppa | Maryland |
| Macha Roddy | Las Vegas | Nevada |
| Madison Schultz | San Antonio | Texas |
| Mallory Allison | Wesson | Mississippi |
| Marcus Simmons | Spanaway | Washington |
| Maria Grullon | Hollywood | Florida |
| Maribel Gabriela Ruiz | El Paso | Texas |
| Marisol Tavarez | Brooklyn | New York |
| Marissa Koback | Orlando | Florida |
| Maritza Tello | Chicago | Illinois |
| Marlene Corgile | Richmond | California |
| Martin Almeraz | Hickory Hills | Illinois |
| Martin Grimm | Milaca | Minnesota |
| Mary Bates | Tunica | Mississippi |
| Mary Joy Buley | St. Francis | Minnesota |
| Mary Weddington | St Louis Park | Minnesota |
| Mathew Croy | San Antonio | Texas |
| Matthew Morelli | Citrus Hill | Florida |
| Matthew Morrison | Mars Hill | Maine |
| Matthew Nickerson | Pottsville | Pennsylvania |
| Matthew Rabinowitz | Minneapolis | Minnesota |
| Maurice Jackson | Hiram | Georgia |
| Megan Christian | Dallas | Georgia |
| Meghan Desousa | Westport | Massachusetts |
| Melinda Touvell | Corning | California |
| Melissa Holtz | Pittsburgh | Pennsylvania |
| Melissa Huls | Crawfordsville | Indiana |
| Melissa Johnston | Manchester | Georgia |
| Melissa Kelley | Astor | Florida |

| Melissa Mccarthy | League City | Texas |
|---|---|---|
| Melissa Murray | Fallon | Nevada |
| Melissa Suiter | Columbia | Tennessee |
| Melissa Umber | Schroon Lake | New York |
| Melissa Word | St. Louis | Missouri |
| Melody Boone | Waynesboro | Pennsynvania |
| Melonie Mcintyre | Pigeon Forge | Tennessee |
| Menetta Young | Tallahassee | Florida |
| Michael Aspiote | Newport | North Carolina |
| Michael Benedict | Syracuse | New York |
| Michael Brogan | Minneapolis | Minnesota |
| Michael Gray | Grand Junction | Colorado |
| Michael Koch | Port St. Lucie | Florida |
| Michael Lamphere | West Rutland | Vermont |
| Michael Nitkin | Conway | South Carolina |
| Michael R. Carter | Prentice | Wisconsin |
| Michele Kitchen | Dingmans Ferry | Pennsylvania |
| Michele Lee Fontes | Providence | Rhode Island |
| Michele Martin | Mt Pleasnr | Pennsylvania |
| Michelle D Nelson | Lees Summit | Missouri |
| Michelle Dixon | Charleston | West Virginia |
| Michelle Phillips | Barberton | Ohio |
| Miranda Royals | Springfield | Missouri |
| Missy Whitlow | Leavenworth | Kansas |
| Monica Felder | Philadelphia | Pennsylvania |
| Monique Lee | N/A | Nevada |
| Montinique Miller | Johnson City | Tennessee |
| Naomi Soria | San Diego | California |
| Natalia Bergander | Flagstaff | Arizona |
| Natalie Dorsey | Myrtle Beach | South Carolina |
| Natasha Douglas | Louisville | Kentucky |
| Natasha Maple | Philadelphia | Pennsylvania |
| Nathaniel Stutzman | Lawton | Oklahoma |
| Nichol Vivar | Norridge | Illinois |
| Nicholas Owsley | Pittsburg | Pennsylvania |
| Nicholette Gordon | Antioch | Tennessee |
| Nickolas Haskin | Rochester | Minnesota |
| Nicole Dixon | Charlotte | North Carolina |
| Nicole Jones | Pembroke Pines | Florida |
| Nicole Koetter | Lincoln | Nebraska |
| Nikia Paige | Conyers | Georgia |
| Nikki Mattox | Alpine | California |
| Nikki Perry | New York | New York |
| Nina Jordan | Bluffton | South Carolina |

| Nyeshia Little | Hanover | Maryland |
| Octivia Moore | Petersburg | Virginia |
| Odalys Murcia | Minneapolis | Minnesota |
| Olga Torres | Phila | Pennsylvania |
| Olivia Hill | North Little Rock | Arkansas |
| Olivia Ledesma | East Lansing | Michigan |
| Ondina Canto | Woonsocket | Rhode Island |
| Orlando Irizarry | Georgetown | Texas |
| Oscar Barron | Edinburg | Texas |
| Paige Singleton | Norfolk | Virginia |
| Pamela Epps | Byram | Mississippi |
| Pamela Palermo | Deland | Florida |
| Pamela Smithson | Bonifay | Florida |
| Patrice Pinder | N/A | Nevada |
| Patricia Castillo | Las Vegas | Nevada |
| Pauline Guerino | North Port | Florida |
| Peggy Kelley | Pleasant View | Tennessee |
| Perla Anai Pacheco | Los Angeles | California |
| Pertanya Stone | Columbia | South Carolina |
| Peter Doyle-Braman | Tampa Bay | Florida |
| Phillip Cepeda | Melrose Park | Illinois |
| Phillip Cornell | Loganville | Georgia |
| Phoenix Riesing | Springfield | Oregon |
| Phylis Lutin | Mobile | Alabama |
| Portia Carrillo | Lakewood | California |
| Portia Robinson | Boston | Massachusetts |
| Princella Simpson | Rockford | Illinois |
| Priscilla Lowe | Saint Clair Shores | Michigan |
| Quanesha Norwood | Covington | Florida |
| Rachel Chambon | San Diego | California |
| Rachel Grimes | Indianapolis | Indiana |
| Rachel Stephens | La Rue | Ohio |
| Raechel Guest | Dallas | Texas |
| Ralonda Williamson | Marietta | Georgia |
| Randeelynn Dresser | Mechanice Falls | Maine |
| Randy Underland | Owatonna | Minnesota |
| Raschell Parker | Henrico | Virginia |
| Raven Stewart | Ellisville | Mississippi |
| Raymond Fuller | Ashland | Ohio |
| Raymond Vasquez | Ontario | California |
| Rayna Sullivan | Philadelphia | Pennsylvania |
| Rebecca Toone | San Tan Valley | Arizona |
| Rebecca Yarbrough | Eagan | Minnesota |
| Rebekah Lukins | Colorado Springs | Colorado |

| | | |
|---|---|---|
| Rebekah Vera | Wisconsin Rapids | Wisconsin |
| Reis Brugger | Metropolis | Illinois |
| Renee Nicole Bennett | Dallas | Texas |
| Renitra Johnson | Charlotte | North Carolina |
| Reynaldo Bermudez | New Haven | Connecticut |
| Rhiannon Bufton | Topeka | Kansas |
| Richard Wolf | Greenwood | Indiana |
| Robbin Florence | Newton | North Carolina |
| Robert Black | Punxsutawney | Pennsylvania |
| Robert E Barnhart Jr | Troy | Ohio |
| Robert Gavin | Middle Island | New York |
| Robert Le | Wichita | Kansas |
| Robert Miller | Idaho Falls | Idaho |
| Robin Fain | Valley Grand | Alabama |
| Robin Ford | Philadelphia | Pennsylvania |
| Ronnie Collins Jr | Richwood | West Virginia |
| Rose B Saint-Hilaire | Port Richey | Florida |
| Rose Niles | Troy | Texas |
| Rosemond Good | Kings Mountain | North Carolina |
| Ross Busby | Woonsocket | Rhode Island |
| Roxanna Faz | Denton | Texas |
| Ruan Salameh | West Roxbury | Massachusetts |
| Ryan Dargewich | Hobart | Indiana |
| Ryan Thomas | Chicago | Illinois |
| Ryder Goin | Iowa Park | Texas |
| Sabrina Pickard | N/A | New York |
| Sade Hunter | Baltimore | Maryland |
| Sadeirya Floyd | Simpsonville | South Carolina |
| Salvador Rodriguez | Fresno | California |
| Samantha Clark | Mount Washington | Kentucky |
| Samantha Devaughn | San Antonio | Texas |
| Samantha Dorsey | Bellwood | Illinois |
| Samantha Kabke | Appleton | Wisconsin |
| Sandra Canada | Lake Park | Georgia |
| Sandra Martin | Texarkana | Texas |
| Sandra Parker | The Woodlands | Texas |
| Sara Beauchene Coelho | Vallejo | California |
| Sarah Bishop | Brooklyn Center | Minnesota |
| Sarah Johnson | Louisville | Kentucky |
| Sasha Mentzer | Shippensburg | Pennsylvania |
| Sasha Smith | Munice | Indiana |
| Savannah Ross | Kansas City | Kansas |
| Selena Hicks | Elizabeth | Kentucky |
| Sergio Rosales | Las Vegas | Nevada |

| | | |
|---|---|---|
| Seth Elegar | Watsontown | Pennsylvania |
| Shakimah Kates | Newark | New Jersey |
| Shakita Tylon | Chicago | Illinois |
| Shalonda Brown | Milwaukee | Wisconsin |
| Shamari Allen | Lansing | Michigan |
| Shana Brewer | Las Vegas | Nevada |
| Shandlyn Stinson | Trenton | Tennessee |
| Shane Balahoski | Greenville | Michigan |
| Shane Cutler | Windsor | Pennsylvania |
| Shanice Tate | Pfafftown | North Carolina |
| Shanicka Winston | Memphis | Tennessee |
| Shanisha Shaw | Bronx | New York |
| Shannon Haverly | Castleton On Hudson | New York |
| Shannon Henry | Paradise | Pennsylvania |
| Shannon Zabroski | Lake Geneva | Wisconsin |
| Shaquetta Henderson | Tunica | Mississippi |
| Shaquila Edwards | Philadelphia | Mississippi |
| Shaquill Peterson | Riverdale | Georgia |
| Sharon Brackett | Worcester | Massachusetts |
| Shauna Nathan | Thomaston | Alabama |
| Shawanda Mckneely | League City | Texas |
| Shawn Bynum-Coleman | Belle Glade | Florida |
| Shawna Blankenship | Cordova | Tennessee |
| Shawnae Smalls | Kinston | North Carolina |
| Shawnec Perry | Jacksonville | Florida |
| Sheri Schuster | Fort Myers | Florida |
| Sherri Forman | Roanoke | Alabama |
| Shitia Mays | Macon | Georgia |
| Shyla Gillespie | Harrisburg | Pennsylvania |
| Sierra O'Brien | Dunedin | Florida |
| Sierre Johnson | Essex | Maryland |
| Siobhan James | Louisville | Kentucky |
| Stacey Griffin | Montgomery | Alabama |
| Stacey Tate | Roanoke | Alabama |
| Stacey Watson | Eubank | Kentucky |
| Staci Hall | Mesquite | Texas |
| Stacy Hunt | Little Rock | Arkansas |
| Star Moen | Holmen | Wisconsin |
| Stephanie Connelly | Cinti | Ohio |
| Stephanie Ledesma | Austin | Texas |
| Stephanie Thompson | Roscoe | Illinois |
| Stephanie Trevino | Bradenton | Alabama |
| Stephen Wayne O'Dell | Shawnee | Oklahoma |
| Stephenique Chambers | Jackson Springs | North Carolina |

| | | |
|---|---|---|
| Sterling Molby | East Gull Lake | Minnesota |
| Steve Balen | Springfield | Illinois |
| Susan Ayers | Grenada | Mississippi |
| Susan Haleem | Sheboygan | Wisconsin |
| Susan Marie Bouhaouli | Chattanooga | Tennessee |
| Susan Simas | Fruitland Park | Florida |
| Tabitha Alaimalo | San Francisco | California |
| Tabitha Perone | N/A | Ohio |
| Tahni Dellatore | Mineral Bluff | Georgia |
| Tamara Tinney | Burnet | Texas |
| Tamieka Buckler | Orlando | Florida |
| Tammy Nabayan | Salida | California |
| Tammy Taylor | Plainview | Texas |
| Taneya Smith | Columbus | Georgia |
| Tanjanita Hill | La Place | Los Angeles |
| Tanya Tucker | Columbus | Mississippi |
| Tanya Williams | Franklin | Ohio |
| Taralynn Sutton | Nsb | Florida |
| Tasha Boone | San Antonio | Texas |
| Tashea Williams | Marshall | Texas |
| Tatiana Fowler | New York | New York |
| Taunya Padilla | Shiprock | New Mexico |
| Tawna Owens | Newark | Arkansas |
| Taylor Marves | North Haven | Maine |
| Taylor Werner | Las Vegas | Nevada |
| Tazia Gibson | Tampa | Florida |
| Teliesha Reams | Perry | Florida |
| Temkie Gholar | Oak Vale | Mississippi |
| Teondra Stuckie | Cedar Rapids | Iowa |
| Teresa Ayers | Windsor | Pennsylvania |
| Teresa Haynes | Quanah | Texas |
| Teresa Kriner | Honesdale | Pennsylvania |
| Teresa Paton | Kingston | Ohio |
| Terissa Gonzalez | San Antonio | Texas |
| Thomas Sumrall | Greenville | Mississippi |
| Tia Bailey | Fort Pierce | Florida |
| Tiarra Wills | Indianapolis | Indiana |
| Tiauna Queen | Annapolis | Maryland |
| Tiera Mitchell | Humble | Texas |
| Tiffany Alford | Fayetteville | North Carolina |
| Tiffany Burnam | Hazel | Illinois |
| Tiffany Davis | South Lake Tahoe | California |
| Tiffany Doyle | Metter | Georgia |
| Tiffany Mcdaniel | Lakeland | Florida |

| Tiffany Wooten | Wilson | North Carolina |
|---|---|---|
| Timothy Johnson | Bemidji | Minnesota |
| Timothy Steele | Newell | West Virginia |
| Tina Anglin | Antioch | California |
| Tina Hill | Utica | New York |
| Tino Escobedo | Peublo | Colorado |
| Tiombe Deacon | Laurel | Mississippi |
| Tommie Holt | Elizabethtown | Kentucky |
| Tonica Walker | Shelby Township | Michigan |
| Tonya Allen | Lumber City | Georgia |
| Toya Jordan | Bloomington | Illinois |
| Tracy Coney | Union | South Carolina |
| Tracy Jaeck | Schofield | Wisconsin |
| Travina Crutcher | Huntsville | Alabama |
| Travis Vanscoy | Deale | Maryland |
| Trineka Stewart | Harvest | Alabama |
| Trisch Anderson | Englewood | Florida |
| Tyesha Beaver | Abilene | Texas |
| Tylar Elise Switzer | Ingleside | Texas |
| Tylicia Eason | Collins | Georgia |
| Tyquece Bennett | Owings Mills | Maryland |
| Tyrese White | Baltimore | Maryland |
| Valeria Jimenez | Los Angeles | California |
| Valerie Gerdes | Anderson | California |
| Valerie Lembcke | Roxbury | New York |
| Vanessa Rinker | Gordon | Pennsylvania |
| Vanisha Reed | Gainesville | Florida |
| Veleka Tyner | Tuskegee Inst | Alabama |
| Veronica Pollard | Winter Haven | Florida |
| Vicente Ponce | Santa Ana | California |
| Vinnesa Castillo | Paramount | California |
| Wade Nagy | Morocco | Indiana |
| Wanda Ganeff | Fort Dodge | Iowa |
| Wanda Rivera | Ocala | Florida |
| Wendy Pettit | Whaleyville | Maryland |
| Whitney Gibson | Salisbury | Maryland |
| Whitney Moreland | Tucson | Arizona |
| Whitney Stalvey | Brunswick | Georgia |
| William Field | Mcloud | Oklahoma |
| William Mckale | Tucson | Arizona |
| Yaritza Serrano | Sebring | Florida |
| Yesenia Cruz | Fresno | California |
| Yolanda Reed | Southaven | Mississippi |
| Yvette Guel | Houston | Texas |

| Zakaria Abukari | Crest Hill | Illinois |